Case No. 13-14008

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
────────────────────────────────────────────────────

Gulf Coast Collection Bureau, Inc.,

Defendant-Appellant,

v.

Mark S. Mais,

Plaintiff-Appellee.
────────────────────────────────────────────────────

**MOTION OF ACA INTERNATIONAL
FOR LEAVE TO FILE AN AMICUS-CURIAE BRIEF**
────────────────────────────────────────────────────

Pursuant to Fed. R. App. P. 29, ACA International respectfully seeks leave of his Court to file a brief as an amicus curiae.

## I.     The movant's interest

ACA International was the petitioner before the Federal Communications Commission in the proceedings that resulted in the Commission's declaratory ruling, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, 233 FCC Rcd. 559, 2008 WL 65485 (2008), which is this interlocutory appeal's subject. Founded in 1939, ACA brings together 5,000 members worldwide, including third-party collection agencies, asset buyers, attorneys, creditors, and vendor affiliates. ACA establishes ethical standards; produces a wide variety of products,

1

services, and publications; and articulates the value of the credit-and-collection industry to businesses, policymakers, and consumers.

## II. The reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case

The proceedings that resulted in the 2008 FCC Order attracted widespread attention in the credit-and-collection industry. The order itself when it was released in January 2008 attracted even more attention. The industry moved quickly to comply with the order, which was the first explicit governmental guidance on how to obtain "prior express consent" under the by-then 16-year-old statute. ACA took active measures in order to educate its members about the new regulatory guidance. Throughout the nearly five years since the order, ACA, its members, and the credit-and-collection industry have relied on the 2008 FCC Order as authoritative guidance in obtaining prior express consent for calls subject to the Telephone Consumer Protection Act. The District Court's summary judgment, from which this interlocutory appeal was taken, calls that guidance into question.

An amicus brief is desirable because the credit-and-collection industry operates in a nationwide market, and ACA can address the public-policy and

due-process implications of how the Telephone Consumer Protection Act is interpreted and applied in a way that the Parties themselves cannot.

## **CONCLUSION**

Therefore, ACA International respectfully asks that this Court grant leave to file an amicus-curiae brief.

November 5, 2013.

DYKEMA GOSSETT PLLC

/s/ Brian Melendez
Brian Melendez
Florida Bar No. 0103559
DYKEMA GOSSETT PLLC
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55403
Ph. 612.486.1589
Fax 877.599.6688
bmelendez@dykema.com

*Attorney for Amicus Curiae*
*ACA International*

4

## <u>CERTIFICATE OF INTERESTED PERSONS<br>AND CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Fed. R. App. P. 26.1, Amicus Curiae ACA International, the Association of Credit & Collection Professionals, states that it is a Minnesota nonprofit corporation. It is not a subsidiary or affiliate of any other corporation. No publicly held corporation owns 10 percent or more of its stock.

Pursuant to 11th Cir. R. 26.1-1, Amicus Curiae ACA International lists the following persons and entities known to it to have an interest in the outcome of this appeal:

**Trial Judge**

Hon. Robert N. Scola, Jr.

**Attorneys**

Bragg, O. Randolph

Dykema Gossett PLLC

Gupta, Deepak

Horwitz Horwitz & Associates

Kohlmeyer, Ernest H., III

Mazer, Jason Seth

Melendez, Brian

Parsons, Eileen Lynskey

Urban, Their, Federer & Chinnery, P.A.

Ver Ploeg & Lumpkin

Yarbrough, Donald A.

**Others**

Gulf Coast Collection Bureau, Inc.

Mais, Mark S.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 7, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

O. Randolph Bragg
25 E Washington Street, Suite 900
Chicago, Illinois 60602
P: 312-372-8822
F: 312-372-1673
rand@horwitzlaw.com

*Counsel for Plaintiff-Appellee, Mark S. Mais*

Deepak Gupta
Gupta Beck PLLC
1625 Massachusetts Avenue, NW, Suite 500
Washington, DC 20036
T: (202) 888-1741
F: (202) 328-7030
deepak@guptabeck.com

*Counsel for Plaintiff-Appellee, Mark S. Mais*

Donald A. Yarbrough
Attorney at Law
2000 East Oakland Park Boulevard
Fort Lauderdale, Florida 33306
T:  (954) 537-2000
don@donyarbrough.com

*Counsel for Plaintiff-Appellee, Mark S. Mais*

Ernest H. Kohlmyer, III
Urban Thier Federer & Chinnery, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, Florida 32801
P: (407) 245-8352
F: (407) 245-8361
kohlmyer@urbanthier.com

*Counsel for Defendant-Appellant, Gulf Coast Collection Bureau, Inc.*

I further certify that on November 1, 2013, one originally signed motion and 4 copies, were dispatched for delivery to the Clerk's Office of the United States Court of Appeals for the Eleventh Circuit by third-party commercial carrier for overnight delivery at the following address:

John Ley, Clerk
U.S. Court of Appeals for the 11th Circuit
56 Forsyth Street N.W.
Atlanta, Georgia 30303

On November 1, 2013, one copy of the motion was sent via email to the following:

O. Randolph Bragg
25 E Washington Street, Suite 900
Chicago, Illinois 60602
P: 312-372-8822
F: 312-372-1673
rand@horwitzlaw.com

*Counsel for Plaintiff-Appellee, Mark S. Mais*

Donald A. Yarbrough
Attorney at Law
2000 East Oakland Park Boulevard
Fort Lauderdale, Florida 33306
T:  (954) 537-2000
don@donyarbrough.com

*Counsel for Plaintiff-Appellee, Mark S. Mais*

Deepak Gupta
Gupta Beck PLLC
1625 Massachusetts Avenue, NW, Suite 500
Washington, DC 20036
T: (202) 888-1741
F: (202) 328-7030
deepak@guptabeck.com

*Counsel for Plaintiff-Appellee, Mark S. Mais*

Ernest H. Kohlmyer, III
Urban Thier Federer & Chinnery, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, Florida 32801
P: (407) 245-8352
F: (407) 245-8361
kohlmyer@urbanthier.com

*Counsel for Defendant-Appellant, Gulf Coast Collection Bureau, Inc.*

Filing and Service were performed by Direction of Counsel

Counsel Press, LLC
1011 East Main Street
Richmond, VA 23219
(804) 648-3664